FILED

2011 MAR -4  PM 2: 04

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ⒸⓈ_____
           DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 21st CENTURY FINANCIAL SERVICES, LLC | § § § | CIVIL ACTION NO 10-cv-803-ly |
| Plaintiff, | § § | |
| vs. | § § | |
| FREDRICK MANDELBAUM, DEAN RENNA, DOUGLAS MANCHESTER, RICHARD GIBBONS, RICHARD FREEMAN, ROBERT BORGMAN, SCOTT ROGERS, JAMES SCHULTZ, STEVEN STRAUSS, AND ROBERT WILLIAMS, AND MANCHESTER FINANCIAL BANK a/k/a/ MANCHESTER FINANCIAL BANK (IN ORGANIZATION) a/k/a/ MANCHESTER FINANCIAL BANK (PROPOSED) | § § § § § § § § § § § § | |
| Defendants. | | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On this date the Court considered the Motion for Withdrawal of Counsel by Movant.

The Court finds that:

1. Good cause exists for withdrawal of John Hennan as counsel and withdrawal of John Hennan is not sought for delay only.

2. John Hennan no longer works with the firm.

3. The current settings and deadlines are: NONE.

**IT IS THEREFORE ORDERED** that John Hennan is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on

Robert P. Nunis, Nunis and Associates either delivered in person, sent by certified and first class mail at 801 West Avenue, Suite 200, Austin, TX 78701, or via Notification of Electronic Filing.

SIGNED on March 4, 2011.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Robert P. Nunis
Attorney for Plaintiff, 21st Century Financial Services, LLC
Nunis & Associates
801 West Avenue
Suite 200
Austin, TX 78701
Tel: (512) 236-9696
Fax: (512) 236-9695

_____
Edward D. Burbach
Attorney for Fredrick Mandelbaum
Gardere Wynne Sewell LLP
600 Congress Avenue, Suite 3000
Austin, Texas 78701
Tel: 512 542 7070
Fax: 512 542 7270